■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PERRIN, Appellant. (Appeal No. 2.) [53 NYS3d 584]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered January 5, 2016. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Perrin* ([appeal No. 1] 151 AD3d 1618 [2017]). Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PERRIN, Appellant. (Appeal No. 3.) [53 NYS3d 877]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered January 5, 2016. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Perrin* ([appeal No. 1] 151 AD3d 1618 [2017]). Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.